467 A.2d 63

Commonwealth v. Flynn, Appellant.

Petition for Allowance of Appeal
Denied Feb. 10, 1984.

Argued April 27, 1983.  John L. Elash, for appellant;  Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Affirmed.